JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK JAMES CAVANAUGH, JR., RUTH ANNETTE CAVANAUGH, LINDA DARLINE WYNN, MARY LUCRETIA HOLTON, SHARON ELAINE SHELTON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FONTANA, a municipality, DANA VESSEY, Contract Fontana City Attorney, EFRAIN GONZALEZ, Code Enforcement Inspector, TED PORLAS, Code Compliance Manager, RODNEY JONES, Chief of Police, DATA TICKET INC., a California Corporation, GERARDO ROJAS, Fontana City Clerk, does 1-12, inclusive,<br><br>Defendants. | Case No. 5:16-cv-01001-AB (DTBx)<br>Judge: Hon. André Birotte Jr.<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL AND |
| 3 | GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that: |
| 4 | 1. The Third Amended Complaint filed in the above-captioned action is |
| 5 | dismissed in its entirety, without prejudice. |

**IT IS SO ORDERED.**

DATED: February 16, 2018

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE